IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED C. PROCTOR, JR.,

    Plaintiff,

vs.                         CASE NO. 3:10cv149/RS-MD

COUNTRYWIDE FINANCIAL
CORPORATION, a Delaware
corporation; COUNTRYWIDE HOME
LOANS, INC., a New York corporation;
BAC HOME LOANS SERVICING, LP, a
Texas Limited Partnership; LARRY WRIGHT,
Individually; WRIGHT & ASSOCIATES OF
NORTHWEST FLORIDA, INC., a Florida
corporation; CHRISTOPHER LEE PEAVY,
Individually; JAMES A. PEAVY, JR.,
Individually; ANDREW PICKEL, Individually;
and PEAVY AND ASSOCIATES, INC.,
a Florida corporation,

    Defendants.
_____

COUNTRYWIDE HOME LOANS, INC., a
New York corporation,

    Counter-Plaintiff,

vs.

FRED C. PROCTOR, JR.,

    Counter-Defendant.
_____/

## **ORDER**

Before me is Plaintiff's Unopposed Motion To Extend Discovery Deadline (Doc. 58).

**IT IS ORDERED** that the discovery deadline is extended to November 19, 2010.

**ORDERED** on October 20, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**