IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED C. PROCTOR, JR.,

    Plaintiff,

vs.                                CASE NO. 3:10cv149/RS-MD

COUNTRYWIDE FINANCIAL
CORPORATION, a Delaware
corporation; COUNTRYWIDE HOME
LOANS, INC., a New York corporation;
BAC HOME LOANS SERVICING, LP, a
Texas Limited Partnership; LARRY WRIGHT,
Individually; WRIGHT & ASSOCIATES OF
NORTHWEST FLORIDA, INC., a Florida
corporation; CHRISTOPHER LEE PEAVY,
Individually; JAMES A. PEAVY, JR.,
Individually; ANDREW PICKEL, Individually;
and PEAVY AND ASSOCIATES, INC.,
a Florida corporation,

    Defendants.
_____

COUNTRYWIDE HOME LOANS, INC., a
New York corporation,

    Counter-Plaintiff,

vs.

FRED C. PROCTOR, JR.,

    Counter-Defendant.
_____/

## **ORDER**

Before me is Countrywide's, BAC's, and Fred C. Proctor, Jr.'s Joint Stipulation of

Dismissal with Prejudice and Joint Motion To Amend Order Of Dismissal (Doc. 62).

This Order amends the Order (Doc. 55).

**IT IS ORDERED:**

1. Plaintiff's claims against Defendant Countrywide Home Loans, Inc. and BAC Home Loan Servicing, LP are dismissed with prejudice.

2. Defendant Countrywide Home Loans, Inc.'s Counterclaim against Plaintiff is dismissed with prejudice.

3. The parties shall bear their respective costs and attorney's fees.

**ORDERED** on December 17, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**