IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED C. PROCTOR, JR.,

    Plaintiff,

vs.                                       CASE NO. 3:10cv149/RS-MD

COUNTRYWIDE FINANCIAL
CORPORATION, a Delaware
corporation; COUNTRYWIDE HOME
LOANS, INC., a New York corporation;
BAC HOME LOANS SERVICING, LP, a
Texas Limited Partnership; LARRY WRIGHT,
Individually; WRIGHT & ASSOCIATES OF
NORTHWEST FLORIDA, INC., a Florida
corporation; CHRISTOPHER LEE PEAVY,
Individually; JAMES A. PEAVY, JR.,
Individually; ANDREW PICKEL, Individually;
and PEAVY AND ASSOCIATES, INC.,
a Florida corporation,

    Defendants.
_____

COUNTRYWIDE HOME LOANS, INC., a
New York corporation,

    Counter-Plaintiff,

vs.

FRED C. PROCTOR, JR.,

    Counter-Defendant.
_____/

## **ORDER**

    Before me is Plaintiff's Motion For Relief From Order And To Enforce Settlement Agreement (Doc. 80). Plaintiff has filed copies of releases (Doc. 80-2) executed by Plaintiff, which purportedly released Defendants. No settlement documents executed

by Defendants have been filed. Consequently, there does not appear to be any basis for "enforcement" of a settlement.

**IT IS ORDERED:**

1. The Order (Doc. 65) is vacated

2. This case, which consists of Plaintiff's claims against Defendants Larry A. Wright and Wright and Associates of Northwest Florida, Inc., is reinstated on the active docket of the court.

3. Jury trial is scheduled for June 20, 2011, at 8:30 a.m., in Pensacola, Florida.

**ORDERED** on March 23, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**